[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 97-1705

 DEBRA C. VINGI,

 Plaintiff, Appellant,

 v.

 STATE OF RHODE ISLAND,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Francis J. Boyle, Senior U.S. District Judge] 

 

 Before

 Selya, Circuit Judge, 
 Campbell, Senior Circuit Judge, 
 and Lynch, Circuit Judge. 

 

Debra C. Vingi on brief pro se. 
Jeffrey B. Pine, Attorney General, and Brenda A. Doyle, Special 
Assistant Attorney General, on brief for appellee.

 

 December 29, 1997
 

 Per Curiam. Plaintiff-appellant challenges the 

summary judgment dismissal of claims alleging gender

discrimination in the rejection of her applications for

admission to the State Police Training Academy. The claims

were based on theories of disparate impact in the use of a

written exam, background investigations and application

processing, intentional discrimination, and alleged

retaliation for the filing of administrative complaints.

 Reviewing the judgment de novo, in light of the 

briefs, the appendix, and the record, we agree with the

district court's decision and affirm substantially for the

reasons set forth in the magistrate judge's May 24, 1996

Report and Recommendation. See Loc. R. 27.1. 

 Affirmed.  

 -2-